# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| T COM, L.L.C., HAROLD CAPRON and PENNY CAPRON, | ) ) ) | |
| PLAINTIFFS, | ) ) ) | |
| vs. | ) ) | CASE No. 10-CV-498-CVE-FHM |
| SOS TELEDATA INC., LIMAS COMMUNICATIONS INC., DONALD HOLLIS, MARLA HOLLIS, PEGGY SHOPE, WALKTER SHOPE, SR., WALTER SHOPE, JR., RICHARD SHOPE and JOE PERRY, | ) ) ) ) ) ) ) ) | |
| DEFENDANTS, | ) ) | |
| WEST AMERICAN INSURANCE COMPANY and OHIO CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| GARNISHEES. | ) | |

## OPINION AND ORDER

Plaintiffs' Motion to Quash Deposition Notices [Dkt. 46] is before the Court for decision. Garnishees have filed a response. [Dkt. 48]. No reply has been filed.

Plaintiffs seek to quash the depositions of Harold Capron, Penny Capron, T-Com, L.L.C., and Attorney Steven Capron. Plaintiffs argue that the requested discovery is an improper attack on the state court judgment. Chief Judge Eagan considered and rejected essentially the same arguments in connection with Garnishees' Application for Leave to File Amended Answers for Ohio Casualty and West American. [Dkt. 53]. Those arguments are likewise rejected in connection with this dicovery motion.

Plaintiffs also argue that the deponents have no conceivable knowledge regarding issues material to this garnishment proceeding. Garnishees have been granted permission to file amended answers including a defense of collusion, deceit and fraud by deponents. Clearly, the deponents have discoverable information under Fed.R.Civ.P. 26(b)(1).

Plaintiffs' Motion to Quash Deposition Notices [Dkt. 46] is DENIED.

SO ORDERED this 29th day of March, 2011.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE